UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TIMOTHY SMITH,

    Plaintiff,

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.

**ORDER**
Civil File No. 19-1659 (MJD/LIB)

Blake R. Bauer, Fields Law Firm, Counsel for Plaintiff.

Terrance J. Wagener and Lauren Hoglund, Messerli & Kramer P.A., Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated February 5, 2020. Plaintiff Timothy Smith filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the

Court adopts the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated February 5, 2020.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated February 5, 2020 [Docket No. 20].

2. Defendant's Motion to Enforce Settlement Agreement [Docket No. 5] is **GRANTED**.

Dated:  March 11, 2020          s/ Michael J. Davis
                                               Michael J. Davis
                                               United States District Court